## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| CHARLES ANTHONY WILLIAMS, | |
| Plaintiff, | Case No. 1:17-cv-00732 |
| v. | Judge: Ruben Castillo |
| VERDE ENERGY USA, INC., | Magistrate Judge: Sheila M. Finnegan |
| Defendant. | |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: VERDE ENERGY USA, INC.

| | |
|---|---|
| NAME:  David M. Schultz | |
| SIGNATURE:  s/ *David M. Schultz* | |
| FIRM:  HINSHAW & CULBERTSON LLP | |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6197596 | TELEPHONE NUMBER 312/704-3527 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☒  NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☒  NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **February 23, 2017,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.


s/ *David M. Schultz*
David M. Schultz