IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES ANTHONY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:17-cv-00732 |
| v. | ) | |
| | ) | Judge: Ruben Castillo |
| VERDE ENERGY USA, INC., | ) | |
| | ) | Magistrate Judge: Sheila M. Finnegan |
| Defendant. | ) | |

**MOTION TO STAY ACTION PENDING DECISION IN**
***ACA INT'L V. FED COMMNCN'S COMM.***

Defendant, Verde Energy USA, Inc. ("Verde"), by its attorneys David M. Schultz and Brittney N. Cato, and respectfully request this Court to stay this action pending a decision from the United States Court of Appeals for the District of Columbia Circuit in ACA Int'l v. Fed Commncn's Comm., No. 15-cv-01211 (D.C. Cir. 2015).

Verde supports this motion with the accompanying Memorandum of Law in Support of Motion to Stay.

WHEREFORE, Verde requests that this Court stay this action until the United States Court of Appeals for the District of Columbia Circuit issues a decision in ACA Int'l v. Fed Commncn's Comm., No. 15-cv-01211 (D.C. Cir. 2015).

Dated: March 28, 2017

Respectfully submitted,

HINSHAW & CULBERTSON LLP

*/s/ Brittney N. Cato*
Brittney N. Cato

David M. Schultz
Brittney N. Cato
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081
Telephone: 312-704-3000
Facsimile: 312-704-3001
dschultz@hinshawlaw.com
bcato@hinshawlaw.com

# CERTIFICATE OF SERVICE

I, Brittney N. Cato, an attorney, certify that on March 28, 2017, I shall cause to be served a copy of **MOTION TO STAY ACTION PENDING DECISION IN *ACA INT'L V. FED COMMNCN'S COMM.*,** upon the below named individual(s) by: depositing same in the U.S. Mail box at 222 North LaSalle Street, Chicago, Illinois 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; UPS; facsimile transmitted from (312) 704-3001; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

- ☒ ECF
- ☐ Facsimile
- ☐ UPS
- ☐ U.S. Mail
- ☐ E-Mail
- ☐ Messenger Delivery

To: All Parties of Record

*/s/ Brittney N. Cato*
Brittney N. Cato