**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHARLES ANTHONY WILLIAMS, | |
| Plaintiff, | Case No. 1:17-cv-00732 |
| v. | Honorable Judge Ruben Castillo |
| VERDE ENERGY USA, INC., | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, CHARLES ANTHONY WILLIAMS, and the Defendant, VERDE ENERGY USA, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against VERDE ENERGY USA, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Dated: May 17, 2017                                          Respectfully submitted,

**CHARLES ANTHONY WILLIAMS**                    **VERDE ENERGY USA, INC.**

/s/ Nathan C. Volheim                                         /s/ David M. Schultz(*with consent*)
Nathan C. Volheim                                               David M. Schultz
*Counsel for Plaintiff*                                           *Counsel for Defendant*
Sulaiman Law Group, LTD                                   Hinshaw & Culberston LLP
900 Jorie Boulevard, Suite 150                           222 North LaSalle Street, Suite 300
Oak Brook, Illinois 60523                                     Chicago, IL 60601
Phone: (630) 575-8181                                         Phone: 312-704-3527
Fax :( 630) 575-8188                                             dschultz@hinshawlaw.com
nvolheim@sulaimanlaw.com